UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
(CENTRAL ISLIP)

------------------------------------------------------------X
In re:                                          Chapter 13
                                                Case No. 8-16-74079-reg
CELESTINE WENEGIEME,

                                            Debtor.
------------------------------------------------------------X

## ORDER TERMINATING THE AUTOMATIC STAY, *NUNC PRO TUNC*, TO THE DATE OF FILING, PURSUANT TO 11 U.S.C. § 362(d)(1)

Goldstein Group Holding ("Goldstein") having filed an application for an Order dismissing the encaptioned Chapter 13 case, for cause, pursuant to 11 U.S.C. § 1307(c), or, in the alternative, for an Order annulling or terminating the automatic stay, for cause, *nunc pro tunc*, to the date of filing, pursuant to 11 U.S.C. § 362(d)(1), as to Goldstein's interest in 215 West 134th Street, New York, New York 10030 (the "Property") (the "Motion") (Doc. 11); and due and proper notice of this Motion having been made on all necessary parties and no one having appeared in opposition thereto; and the Court having held a hearing on the Motion on September 19, 2016, and upon all the proceedings had before the Court and due deliberation and sufficient cause appearing, it is

       ORDERED, that the Motion is granted as provided herein; and it is further

       ORDERED, that the automatic stay imposed by this Court pursuant to 11 U.S.C. § 362(d)(1) is terminated, *nunc pro tunc*, to the date of filing, for cause as to Goldstein's interest in the Property to allow Goldstein's enforcement of its rights and remedies in

and to the Property, including the finalization of a foreclosure sale held September 7, 2016, against the Property.

*t:\goldstein, michael\wenegieme\celestine\order terminating stay.doc*



|  |  |
|---|---|
| **Dated: Central Islip, New York**<br>**September 23, 2016** | **Robert E. Grossman**<br>**United States Bankruptcy Judge** |